# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CARL HARDIN, as Trustee of the Hardin Family Trust Dated November 9, 2005,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING INC.; US BANK N.A. as TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR10 TRUST; CLEAR DEFAULT SERVICES; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 8:19-cv-00200-AG-DFM<br><br>Hon. District Judge Andrew J. Guilford<br>Magistrate Judge Douglas F. McCormick<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a)(1)(A)(ii)**<br><br>Action Filed: December 7, 2018<br>Trial Date: July 28, 2020 |

The Court having considered the *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between Carl Hardin ("Plaintiff"), as Trustee of the Hardin Family Trust Dated November 9, 2005, and *defendants* Select Portfolio Servicing, Inc. and U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank N.A., as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2006-AR10 (collectively, the "Defendants," and together with Plaintiff, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed in its entirety *with prejudice*.

**IT IS FURTHER ORDERED** that the Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS FURTHER ORDERED** that the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 21] is hereby vacated.

**IT IS SO ORDERED**.

Dated: July 26, 2019

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE